

FILED IN COURT OF APPEALS
12th Court of Appeals District

MAR 13 2015

TYLER TEXAS
CATHY S. LUSK, CLERK

FILE COPY

RE: Case No. 15-0189                    DATE: 3/3/2015
    COA #: 12-14-00299-CV      TC#: 3-41298
STYLE: MICHAEL KENNEDY
    v. THE TEXAS COURT OF CRIMINAL APPEALS, AUSTIN, TEXAS,
    ET AL.

A petition for review was filed today in the above-styled case. Respondent may file either a response, or a waiver of response. If you file a waiver, the Court will not grant the petition without first requesting a response. (TEX. R. APP. P. 53.3) There is no fee for a response or a waiver.

MS. CATHY S. LUSK
CLERK, TWELFTH COURT OF APPEALS
1517 WEST FRONT, SUITE 354
TYLER, TX  75702